UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON, SR., <br><br> Plaintiff, <br><br> vs. <br><br> DR. FORTUNE, et al., <br><br> Defendants. | 1:17-cv-00124-DAD-GSA-PC <br><br> ORDER FOR DEFENDANT FORTUNE TO FILE DECLARATION SHOWING CAUSE WHY HE HAS NOT FILED A RESPONSIVE PLEADING PURSUANT TO THE COURT'S JANUARY 26, 2017 ORDER (ECF No. 35.) <br><br> FOURTEEN-DAY DEADLINE |

On January 27, 2017, the court issued an order requiring defendant, Dr. Fortune, to file a responsive pleading within fourteen days.  (ECF No. 35 at 6:24-25.)  The fourteen-day deadline has expired, and defendant Fortune has not filed a responsive pleading or otherwise responded to the court's order.  Defendant Fortune shall be required to show cause why he has not filed a responsive pleading pursuant to the court's January 27, 2017 order.

**ORDER TO SHOW CAUSE**

Based on the foregoing, defendant Fortune is **HEREBY ORDERED** to file a declaration, within fourteen days of the date of service of this order, showing cause why he has not filed a responsive pleading pursuant to the court's order issued on January 27, 2017.

IT IS SO ORDERED.

Dated:   **March 15, 2017**              /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE