UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON, SR., | No. 1:17-cv-00124-DAD-GSA |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION |
| DR. FORTUNE, et al., | |
| Defendants. | |
| | (Doc. Nos. 38, 46) |

Plaintiff Lamar Singleton is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case is proceeding on the first amended complaint in which plaintiff alleges that defendant Fortune violated of plaintiff's Eighth Amendment right to adequate medical treatment. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 20, 2017, the assigned magistrate judge issued findings and recommendations (Doc. No. 46) recommending that plaintiff's motion for preliminary injunctive relief be denied. The parties were provided an opportunity to file objections to the findings and recommendations within fourteen days. (*Id.*) To date, neither party has filed objections and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. Having carefully considered the entire

1

file, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

Given the foregoing:

1. The findings and recommendations issued on June 20, 2017 (Doc. No. 46) are adopted in full; and
2. Plaintiff's motion for preliminary injunctive relief (Doc. No. 38) is denied.

IT IS SO ORDERED.

Dated: **September 6, 2017**

UNITED STATES DISTRICT JUDGE