UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON, SR.,<br><br>    Plaintiff,<br><br>    vs.<br><br>DR. FORTUNE, et al.,<br><br>    Defendants. | 1:17-cv-00124-DAD-GSA-PC<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT FORTUNE'S MOTION TO COMPEL**<br>**(ECF No. 51.)**<br><br>**THIRTY-DAY DEADLINE** |

      Lamar Singleton, Sr., ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds with the First Amended Complaint filed on February 19, 2016, against defendant Fortune ("Defendant") on Plaintiff's medical claim pursuant to the Eighth Amendment. (ECF No. 25.)

      On September 29, 2017, defendant Fortune filed a motion to compel further responses to interrogatories. (ECF No. 51.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has failed to do so. Local Rule 230(*l*).

      Accordingly, IT IS HEREBY ORDERED that:

1

1. Within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendant Fortune's motion to compel; and
2. Plaintiff's failure to comply with this order may result in a recommendation that this case be dismissed for failure to obey the court's order.

IT IS SO ORDERED.

Dated: **March 23, 2018**              **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE