UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON, SR., | 1:17-cv-00124-DAD-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO VACATE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 65.) |
| vs. | |
| DR. FORTUNE, et al., | |
| Defendants. | |

Lamar Singleton, Sr., ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds with the First Amended Complaint filed on February 19, 2016, against defendant Fortune ("Defendant") on Plaintiff's medical claim pursuant to the Eighth Amendment. (ECF No. 25.)

On March 23, 2018, Plaintiff filed a motion to vacate Defendant's motion for summary judgment. (ECF No. 65.) Plaintiff asserts that as of March 18, 2018, he had not received a copy of Defendant's motion for summary judgment. Plaintiff states that he became aware of the summary judgment motion when he received a copy of Defendant's response regarding the settlement conference (ECF No. 61).

Plaintiff's motion to vacate the motion for summary judgment -- on the grounds that he has not received it -- is moot, because on April 9, 2018, the Clerk of Court sent Plaintiff a copy

of the motion for summary judgment, and Plaintiff has acknowledged that he received the copy on April 13, 2018 (ECF No. 70). Therefore, Plaintiff's motion shall be denied.

Based on the foregoing, **IT IS HEREBY ORDERED THAT** Plaintiff's motion to vacate Defendant's motion for summary judgment, filed on May 9, 2018, is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **May 25, 2018**        **/s/ Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE