UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SINGLETON, SR., | 1:17-cv-00124-DAD-GSA-PC |
| Plaintiff, | ORDER IN RESPONSE TO PLAINTIFF'S OBJECTIONS<br>(ECF No. 75.) |
| vs. | |
| DR. FORTUNE, et al., | TWENTY-DAY DEADLINE TO: |
| Defendants. | (1) FILE NEW OBJECTIONS, OR |
| | (2) FILE OPPOSITION TO DEFENDANT'S MOTION TO COMPEL |
| | ORDER FOR CLERK TO SEND COPY OF MOTION TO COMPEL TO PLAINTIFF<br>(ECF No. 51.) |
| | TWENTY-DAY DEADLINE |

On July 8, 2018, the court entered findings and recommendations to dismiss this case based on Plaintiff's failure to comply with the court's order of March 26, 2018. (ECF No. 72.) On June 8, 2018, Plaintiff filed objections to the findings and recommendations. (ECF No 75.)

It appears that Plaintiff misunderstood the findings and recommendations. In his objections, Plaintiff refers to his efforts to file an opposition to Defendant's *motion for summary judgment*. (ECF No. 75.) However, the findings and recommendations were entered based on Plaintiff's failure to file an opposition to Defendant's *motion to compel*. Due to this apparent

1

misunderstanding, Plaintiff shall be granted twenty days in which to either (1) file new objections, or (2) file an opposition to Defendant's *motion to compel*. The court shall send Plaintiff him a copy of the *motion to compel*.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted twenty days from the date of service of this order in which to either:

    (1) file new objections to the findings and recommendations; or

    (2) file an opposition to Defendant's *motion to compel*;

2. The Clerk is directed to send Plaintiff a copy of Defendant's *motion to compel* filed on September 29, 2017 (ECF No. 51); and

3. Plaintiff's failure to comply with this order may result in the dismissal of this case.

IT IS SO ORDERED.

Dated: **June 12, 2018**          **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE